IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LIFE SOURCE, INC | : |
| v. | : CIVIL NO. L-01-3383 |
| MICHAEL J. SPOSITO | : |

### ORDER

On November 15, 2001, a telephone conference was held to resolve Plaintiff's request for a preliminary injunction. For the reasons stated during the conference, Defendant is hereby enjoined from using the domain name www.bio-sculpt.com.

During the conference, both parties seemed amenable to resolving this dispute. Accordingly, the Court will not issue a scheduling order at this time. Instead, the parties are to submit a joint status report by November 27, 2001.

It is so ORDERED this 27th day of November, 2001.

Benson Everett Legg
United States District Judge