UNITED STATES DISTRICT COURT<br>
DISTRICT OF MARYLAND

**Chambers of**
**BENSON EVERETT LEGG**
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 18  P 3: 41

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

December 17, 2001

MEMORANDUM TO MR. ARONSON AND MR. SPOSITO

      Re:    Life Source, Inc. v. Michael J. Sposito, etc.
              Civil #L-01-3383

Dear Mr. Aronson and Mr. Sposito:

    I will rule on the pending motion to dismiss after discovery. I enclose a scheduling order. Discovery is to begin immediately.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file