IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 18 P 3: 41

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| LIFE SOURCE, INC. | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.: L-01-3383 |
| | * | |
| MICHAEL J. SPOSITO, etc. | | |
| Defendant | * | |

******

## SCHEDULING ORDER

Defendant has filed an answer to plaintiff's complaint. The defendant is proceeding pro se (representing himself). The following schedule shall control the progress of the case:

I. Discovery[1]

Rule 26(a)(1) initial disclosures are required to be served on opposing parties on or before January 18, 2002. All depositions and other discovery shall be completed by February 19, 2002. Interrogatories (a series of written questions to be answered in writing under oath) and requests for production of documents must be served on the opposing party sufficiently early to insure that they are answered prior to this discovery deadline.[2]

---

[1] Discovery is governed by Fed. R. Civ. P. 26-37 and 45 as well as Local Rule 104 (D. Md.). The Local Rules of this court and links to the Federal Rules of Civil Procedure may be found on the court's web site: www.mdd.uscourts.gov. The court libraries and many local libraries have copies of these rules for public review. Information on where to purchase printed copies of the rules is available from the clerk's office.

[2] Local Rule 104.5 (D. Md.) requires that discovery requests are not to be filed with this Court.

U.S. District Court (Rev. 10/2001) - Scheduling Order,
Pro Se Litigant (Long Form)



## II. Status Report

The parties shall file by February 19, 2002, a status report discussing: (1) whether or not discovery has been completed; (2) whether or not any motions are pending; (3) whether or not any party intends to file motions; (4) the anticipated length of trial; and (5) the possibility that the case will be settled.

## III. Summary Judgment Motions

All motions for summary judgment shall be filed on or before March 18, 2002. These motions, along with any supporting papers, are filed by either party that chooses to do so asserting that there is no genuine dispute of material fact in regard to the claims before this Court. After motions and responses to those motions have been filed, the Court will advise the parties if a hearing is to be scheduled.

## IV. Changes in Schedule

No changes in the schedule set forth herein will be permitted, unless authorized by the Court for good cause shown. The parties must submit any requests for changes in writing.

## V. Service Requirement

All papers filed with the Court other than the original complaint must bear a certificate of service by counsel or the pro se defendant stating that each of the parties has been sent a copy of that paper by mail.

The Clerk of the Court SHALL MAIL a copy of this Order to the defendant pro se and to plaintiff's counsel.

Date:  December 17 2001

Benson Everett Legg
United States District Judge