IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

LIFE SOURCE, INC.

  Plaintiff

v.              Civil L-01-3383

MICHAEL J. SPOSITO
d/b/a Stimfree LLC
d/b/a Bio 24 Marketing

  Defendant

## SHOW CAUSE ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

Having considered Plaintiff's motion for issuance of a show cause order directing Defendant Sposito to show cause why he should not be held in contempt, it is this 22nd day of January, 2002

ORDERED that Defendant Michael J. Sposito show cause, within fourteen days of the date of this Order why he should not be held in contempt of Court for violation of the temporary restraining order and preliminary injunction directing that he transfer ownership of the domain name www.bio-sculpt.com to the plaintiff. Defendant is further order that he shall show cause why he should not be ordered to reimburse Plaintiff for reasonable counsel fees incurred in connection with these contempt proceedings, and why Defendant should be fined $500.00 per day for each additional day he violates the injunction.

_____
Benson E. Legg, United States
District Judge