February 1, 2002

Honorable Judge Benson Legg
United States District Court of Maryland
101 West Lombard St
Baltimore, MD 21201

                        RE:  Life Source, Inc.  v.  Michael J. Sposito, etc.
                               Civil #L-01-3383

## REQUEST TO COURT

Dear Judge Legg:

**Michael J. Sposito, Defendant, in this matter informs the Court that his required appearance in Plaintiff's office on 2-13-02 for deposition and presentation of papers places an "undue burden" upon him due to the distance he is required to travel, the lack of his financial resources and his medical condition.**

Defendant is very willing to attend a deposition and answer any questions given that the location for the deposition is more reasonable, less than 100 miles, and no financial hardships are involved. If other methods of deposition exist such as telephonic, written, or other electronic means, or local Counsel doing deposition, they should be considered. I ask for the Courts consideration in granting a less burdensome method or location for the deposition.

Defendant is awaiting on documentation from his doctors and once received will forward same to court.

Respectfully Submitted,

*/s/ Michael J. Sposito*
**Michael J. Sposito, Defendant**            cc: Plaintiff, J. Aronson

*Benson Legg*
*USDJ*
*2/4/02*

ORDER:

Plaintiff has noted the deposition of Defendant, Michael J. Sposito on February 13, 2002, according to Mr. Sposito's letter of February 1st. If Plaintiff wishes to take the deposition of Mr. Sposito, the deposition is to take place where Mr. Sposito works or resides.