# RIDBERG, PRESS & SHERBILL, LLP
### SUITE 650
#### THREE BETHESDA METRO CENTER
#### BETHESDA, MARYLAND 20814-5329

JOEL S. ARONSON

February 14, 2002

TELEPHONE
(301) 913-5770
FACSIMILE
(301) 913-5769
EMAIL:
jaronson@rpslaw.com

FILED
DISTRICT COURT
2002 MAR 12  A 10: 45

Honorable Benson E. Legg
United States District Judge
101 West Lombard Street,
Baltimore, MD 21201

    Re:   *Life Source, Inc. v. Sposito*, Civil No. L01-3383

Dear Judge Legg:

I am writing to apprise you of the status of this case in accordance with your scheduling order.

The case status is as follows:

1. Discovery

Discovery is not complete. Plaintiff served a request for production of documents on December 31. Defendant has not responded, although he has indicated that he will do so promptly. Defendant's deposition was taken by telephone with the understanding that it could be re-opened after receipt of the documents. In addition, based on Defendant's testimony, Plaintiff may wish to take a brief telephonic deposition of a non-party. Therefore, Plaintiff requests that the discovery deadline be extended to March 22.

2. Pending motions

There are several motions pending. They are:

    a.   Plaintiff's motion for Defendant to show cause why he should not be held in contempt.
    b.   Defendant's motion to transfer.
    c.   Defendant's motion to compel arbitration.
    d.   Defendant's motion to dismiss complaint as frivolous.

All are ripe for your consideration.

*[Handwritten order:]*
Order: 1) Discovery deadline extended to 3/22/02
2) Motions deadline is 4/15/02 with responses due by 5/1/02 and any rebuttals due by 5/9/02.
3) I will decide all pending motions at the same time.

B. Legg
USDJ
3/11/02

## RIDBERG, PRESS & SHERBILL, LLP

February 14, 2002
Page 2

3.  Motions

Plaintiff may file a motion for partial summary judgment.

4.  Length of Trial

Trial should not take more than one day.

5.  Settlement

There is little prospect of settlement.

    Please let me know if you desire additional information.

Sincerely,

Joel S. Aronson

cc:    Michael Sposito
       David Lightweis