# RIDBERG, PRESS & SHERBILL, LLP

SUITE 650
THREE BETHESDA METRO CENTER
BETHESDA, MARYLAND 20814-5329

JOEL S. ARONSON

March 14, 2002

TELEPHONE
(301) 913-5770
FACSIMILE
(301) 913-5769
EMAIL:
jaronson@rpslaw.com

Honorable Benson E. Legg
United States District Judge
101 West Lombard Street,
Baltimore, MD 21201

Re: *Life Source, Inc. v. Sposito*, Civil No. L01-3383

Dear Judge Legg:

I am writing in response to your order of March 12, 2002 requesting information concerning Mr. Sposito's right to read and sign the deposition.

Enclosed are the two relevant pages of the transcript. The information I provided was based upon a uniform policy of court reporters I have encountered that they will not release a transcript to a litigant unless that litigant purchases a copy of that transcript. The alternative which is routinely offered is for the litigant to review the transcript in the office of the court reporting service. As you can see, I informed the deponent of that option as well.

I hope this information is responsive to your concern.

Sincerely,

Joel S. Aronson

cc: Michael Sposito

Approved
B. Legg
USDJ
3/19/02

1  you should send that also through the mail.

2          MR. ARONSON:  All right.  Now you've

3  got the right under the rules to read a copy of

4  the deposition transcript before it is finalized.

5          THE WITNESS:  Mm-hmm.

6          MR. ARONSON:  Or you can waive that

7  right.  Because you are not my client, I can't

8  tell you which to do.

9          However, if you want to read it, you're

10 going to have to make arrangements with the court

11 reporter to buy a copy of it or to go to their

12 offices in Washington, D.C. to read it?

13         THE WITNESS:  Okay.

14         MR. ARONSON:  This deposition went for

15 about an hour and 20 minutes.  My guess is it's

16 probably 80 or 90 pages -- oh, it's only 51

17 pages.  The court reporter tells me it's only 51

18 pages.  So it would cosy you approximately $100

19 to buy it.  It's entirely up to you.

20         THE WITNESS:  Is that a decision I have

21 to make now?

22         MR. ARONSON:  No, but you've got to

55

```
 1   questions.  Answer them as best you can.  You are
 2   under oath just as if this were in a courtroom.
 3              The court reporter is here taking down
 4   everything that is said on her stenotype machine
 5   and on her tape recorder.
 6              At the end of the deposition she will
 7   type everything up.  And if you choose to buy a
 8   copy of the deposition, you can review it before
 9   it is submitted to the Court.
10              Do you have any questions so far?
11        A     No.  Just as soon as she goes on
12   record, I would like to say something though.
13              MR. ARONSON:  You're on the record.
14              THE WITNESS:  Okay.  I have no attorney
15   present and I do not represent myself, so I just
16   want to make the Court aware of that.
17              And also that I was not served any
18   subpoena for this type of a deposition or
19   information.
20              MR. ARONSON:  Well, because you're a
21   party, a subpoena is not required under the
22   federal rules?
```

5