FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG -6 P 12: 21

AT BALTIMORE
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LIFE SOURCE, INC | : | |
| v. | : | CIVIL NO. L-01-3383 |
| MICHAEL J. SPOSITO | : | |

### ORDER

On August 2, 2002, a telephone conference was held to schedule a trial and resolve the following outstanding motions:

    (i)    Defendant's Motion to Dismiss [5-1];

    (ii)    Defendant's Motion to Change Venue [10-1];

    (iii)    Defendant's Motion for Independent Third Party Arbitration [16-1];

    (iv)    Defendant's Motion to Dismiss Complaint as Frivolous [17-1]; and

    (v)    Defendant's Motion to Suppress Plaintiff's Motion for Contempt [18-1].

For the reasons stated at the conference, Defendant's Motions are DENIED.

The following schedule is hereby adopted:

Defendant shall submit a pretrial memorandum by August 16, 2002. The pretrial memorandum shall list the factual and legal deficiencies of Plaintiff's Complaint, and shall list the exhibits Defendant plans on presenting at trial.

Plaintiff shall submit its reply by September 4, 2002.

Trial will begin on October 3, 2002, at 10:00 a.m., and will continue on October 4th, if necessary.

It is so ORDERED this 6TH day of August, 2002.

                                                                            Benson Everett Legg
                                                                            United States District Judge