IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LIFE SOURCE, INC | : |
| | : |
| v. | : CIVIL NO. L-01-3373 |
| | : |
| MICHAEL J. SPOSITO | : |

## ORDER

A telephonic pretrial conference is hereby scheduled for September 19, 2002, at 5:00 p.m. Plaintiff is directed to initiate the call.

The Court has issued a pretrial briefing schedule. Accordingly, the parties need not file a pretrial order.

It is so ORDERED this /2 7h day of August, 2002.

Benson Everett Legg
United States District Judge

cc: court file

