UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

2002 SEP 12  P 3: 46

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

September 11, 2002

MEMORANDUM TO MR. ARONSON AND MR. SPOSITO

Re:   Life Source v. Michael Sposito
      Civil #L-01-3383

Dear Mr. Aronson and Mr. Sposito:

Pursuant to my chambers' call to you, the pretrial conference by way of a telephone conference call will be held on Wednesday, September 18, 2002, at 5 p.m. Mr. Aronson is requested to initiate this call.

Very truly yours,

Benson Legg

Benson Everett Legg

c:   Court file