IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| LIFE SOURCE, INC.<br>8007 White Marsh Drive, Suite A<br>Nottingham, MD 21236 | : Case No L-01-CV-3383<br>:<br>: Judge Legg |
| Plaintiff | : |
| v. | : Civil |
| MICHAEL J. SPOSITO<br>d/b/a Stimfree LLC<br>d/b/a Bio 24 Marketing<br>360 Willowdell Drive<br>Mansfield, OH 44906 | : |
| Defendant | : |



## DEFENDANT'S MOTION TO DENY PLAINTIFF'S MOTION FOR OPPOSITION TO RECUSE

Comes now the Defendant, Michael Sposito, Pro Se, and submits Motion to Deny Plaintiff's Motion to Oppose Motion for Recusal. Grounds are as Follows:

1. Defendant incorporates by reference the original Motion for Recusal filed with the court on or about August 14, 2002, and reminds the court that "no specific evidence need be offered where circumstance for recusal exists".

2. Statements offered in Plaintiff's motion offers no substantive clarification excepting to show Plaintiff and Plaintiff's firm are supportive of the Judge in this case; and, other statements regarding Defendant could be interpreted as being willfully and openly prejudicial against Defendant.