UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 9, 2002

MEMORANDUM TO COUNSEL RE:    Life Source, Inc. v. Michael J. Sposito
                             Civil #L-01-3383

Dear Counsel:

    On October 8th, Counsel contacted Chambers and advised that no settlement had been reached. Accordingly, final argument in the bench trial is set for October 25, 2002, at 2:15 p.m.

    Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court file