UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 25, 2002

MEMORANDUM TO COUNSEL RE:   Life Source, Inc. v. Michael J. Sposito
Civil #L-01-3383

Dear Counsel:

On October 25th, the Court held final argument in the bench trial begun on October 3rd. For the reasons stated in open court, this Court ENTERS JUDGMENT as follows:

(i)  Under Count I, "cyberpiracy," for Plaintiff Life Source, Incorporated, and against Defendant Michael J. Sposito;

(ii)  Under Count II, trade dress infringement, for Defendant Michael J. Sposito and against Plaintiff Life Source, Incorporated; and

(iii)  Under Count III, trademark infringement, for Defendant Michael J. Sposito and against Plaintiff Life Source, Incorporated.

Each side is to bear its owns costs. The Clerk is DIRECTED to CLOSE the CASE.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file

